UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Foster

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

State Department of New York

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2024 JUL 24 PM 2:17

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Amendment 4.
title 18, chapter 13 Section 241
title 18, chapter 13, Section 242
A Right to A Fair trial

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Jonathan Foster__, is a citizen of the State of
(Plaintiff's name)

__New York__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, NEW YORK STATE DEPT, is incorporated under the laws of the State of NEW YORK

and has its principal place of business in the State of NEW YORK

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in NEW YORK.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

JONATHAN                         FOSTER
First Name         Middle Initial    Last Name

200 WEST 67 ST
Street Address

NEW YORK            NY          10023
County, City        State       Zip Code

347-443-8636        JonathanFosterTrust@gmail.com
Telephone Number    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: State Department of New York
First Name / Last Name

Current Job Title (or other identifying information)

99 Washington Ave

Current Work Address (or other address where defendant may be served)

Albany / New York / 12231
County, City / State / Zip Code

Defendant 2: _____
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3: _____
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 4: _____
                First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Manhattan New York**

Date(s) of occurrence: ~~Stat~~ **Started July 19, 2023**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**See Attached**

Now Comes, Jonathan Foster, Plaintiff. Plaintiff filed a suit against RENAISSANCE EQUIY HOLDINGS LLC on May 25, 2023, in the Supreme court for Real Property Action and Proceeding Law 853, which is (if a person is disseized, ejected, put out of real property in a forcible or unlawful manner, or after he has been put out, is held and kept out by force or by putting him in fear of personal violence or unlawful means, he is entitled to recover treble damage in action therefor against the wrong doer.). The defendant RENAISSANCE EQUIY HOLDINGS LLC, did not answer to the complaint. So that means the defendant is in default. I made my own default order which the law said I could do. I go to the clerk of the court and they told me that I had to file a motion of notice to the judge of the case, which seem weird to me because other states you just file with the clerk, because the judge has nothing to judge. The defendant did not answer so what would you need a judge for. Well any way I filed the motion of notice to the judge. He denied my motion. He wrote some chicken straps talking about how he don't know and something about hearsay, basically asking me for evidence. What are you asking about evidence to a non- rebuttal case. I filed that motion on July 19, 2023, a few months later I filed another motion of notice to the judge with evidence. The judge still acted stupid like he don't understand. So, I said to myself maybe he really is stupid so let me go to his supervisor a higher court. So, I filed appeal. I filed a poor man application for the supreme and it was granted, when I filed the

appeal, I had to file a separate poor man application and have a hearing on the application. Now the hearing date I pick but can't be at the hearing, that sounds like a violation of rights right there but anyway, these five so called justices denied my poor man application and didn't even say why they denied, I go to the clerk of appeal and ask her how do I appeal that decision she said you can't and that's it. Oh really. These people work for the state of New York, these so- called justices has a duty to the people to treat everyone FAIR. I'm poor because RENAISSANCE EQUIY HOLDINGS LLC cause me to lose all my things. RENAISSANCE EQUIY HOLDINGS LLC know what they did, that's why they didn't answer the complaint. But now the judge is defending RENAISSANCE EQUIY HOLDINGS LLC, The judge is practicing law behind the bench. When the defendant don't answer they are in default, now I am fighting with judges, that's not fair so since they want to fight me I am coming to the federal court where the rule of law is at its highest. What they got to do with this I have been depraved. I'm a poor person because the defendant in the supreme court cause me to lose all my property and they were not contesting it. The judge is contesting it and the appeal judges don't want to get involved but they have a duty to up hold the law. So, I was treated unfairly, also title 18, chapter 13 , section 241 conspiracy against rights and 18, chapter 13 section 242 deprivation of rights under color of law. These so- called justices are employees of the state of New York. I have been harm by these people actions of non

actions. I am mentally stressed and have gotten gray faster. The employee's names are

Supreme court judge is Gerald Lebovits, five appeal justices are Anil C. Singh, Peter H.

Mouilton, Lizbeth Gonzalez, Bahaati E. Pitt-Burke, and Kelly O' Neil Levy. They work in

Manhattan NY.

Wherefore I would pray that this court order the state of New York to pay Plaintiff 4 million dollars and any other penalties that the court deems appropriate, plus judgement of the supreme court which is $99,999.99 and attorney fees.

Jonathan Foster,

Propria persona , sui juris.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

MENTAL STRESS. LOSS OF ALL BELONGING. BROKEN MENTALLY

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

4 MILLION DOLLARS, DEFAULT JUDGEMENT FROM THE SUPREME COURT.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: July 24, 2024

Plaintiff's Signature: Jonathan Foster

First Name: Jonathan
Middle Initial: 
Last Name: Foster

Street Address: 200 West 67 Street

County, City: New York
State: New York
Zip Code: 10023

Telephone Number: 347-443-8636
Email Address (if available): JonathanFosterTrust@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.