UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN FOSTER,<br><br>                              Plaintiff,<br><br>               -against-<br><br>STATE DEPARTMENT OF NEW YORK,<br><br>                              Defendant. | 24-cv-5734 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 28, 2024, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 30, 2024
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge